IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr117-MHT |
| | ) | (WO) |
| ROD-DELL PALMER | ) | |

ORDER

Before the court is defendant Rod-Dell Palmer's motion to continue his trial. For the reasons below, the court finds that jury selection and trial, now set for June 23, 2025, should be continued under 18 U.S.C. § 3161(h)(7)(A).

While the granting of a continuance is left to the sound discretion of the trial judge, *see United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or

>     from the date the defendant has appeared
>     before a judicial officer of the court in
>     which such charge is pending, whichever date
>     last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would be likely to ... result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, here, the ends of justice served by granting a continuance outweigh the interest of the public and Palmer in a speedy trial. Palmer requests that the trial be continued to the next

2

available trial setting. He represents that he obtained new counsel on June 3, 2025, just 20 days before trial, and that his new attorney will need more time to examine the evidence in this case and prepare for trial. Here, a continuance is warranted to allow defense counsel the reasonable time necessary to prepare adequately for trial. Plus, the government does not oppose a continuance.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) Defendant Rod-Dell Palmer's unopposed motion to continue trial (Doc. 25) is granted.

(2) The jury selection and trial, now set for June 23, 2025, are continued to August 11, 2025, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Magistrate Judge shall reset the change-of-plea and other pretrial deadlines as necessary.

DONE, this the 5th day of June, 2025.

                                   /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE