IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:25cr117-MHT** |
| | ) | **(WO)** |
| **ROD-DELL PALMER** | ) | |

## ORDER

It is ORDERED that the government's motion to dismiss the indictment (Doc. 31) is granted and that the indictment (Doc. 1) is dismissed with prejudice. Defendant Rod-Dell Palmer is discharged. All pending motions are denied as moot.

DONE, this the 23rd day of July, 2025.

                                              **/s/ Myron H. Thompson**
                                      **UNITED STATES DISTRICT JUDGE**